**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Shawn Maurice McNEIL,**
**Defendant–Appellant.**

**No. 11–15137.**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 13, 2012.

Wifredo A. Ferrer, Christopher Parente, Kathleen Mary Salyer, Anne R. Schultz, Arimentha R. Walkins, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

William M. Norris, William M. Norris, PA, Miami, FL, for Defendant–Appellant.

Before HULL, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

William Norris, appointed counsel for Shawn Maurice McNeil in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

McNeil's convictions and sentence are **AFFIRMED**.